Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–18809–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Harold Davis
12 Courtney Lane
Manchester Township, NJ 08759

Cheryl Davis
aka Cherul Davis, aka Cheryl Marmora–Davis
12 Courtney Lane
Manchester Township, NJ 08759

Social Security No.:
xxx–xx–1463                                                xxx–xx–7635

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 19, 2017.

On December 28, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:           January 31, 2018
Time:           10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 29, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18809-KCF
Harold Davis                                                            Chapter 13
Cheryl Davis
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 29, 2017
                              Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
```
db/jdb         +Harold Davis,    Cheryl Davis,    12 Courtney Lane,    Manchester Township, NJ 08759-6030
cr             +First Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,   PO Box 610,
                229 Broad Street,    Red Bank, NJ 07701-2009
516805602     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,    Dept 55953 P.O. Box 55000,
                Detroit, MI 48255-0953)
516797849      First National Credit Card,    PO Box 2496,   Omaha, NE 68103-2496
516797850     +First Premier Bank,    PO Box 5514,   Sioux Falls, SD 57117-5514
516797851      First Savings Credit Card,    PO Box 2509,   Omaha, NE 68103-2509
516797852     +Ford Credit,    PO Box 542000,   Omaha, NE 68154-8000
516797854      Mazzoni Law Firm,    1170 East Landis Avenue,    Vineland, NJ 08360-4230
516797855     +Midamerica Bank,    5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
516797856      Midamerica/Milestone,    PO box 4449,   Beaverton, OR 97076
516797858     +Ocean Orthopedic Associates PA,    530 Lakehurst Road, 1st floor,    Toms River, NJ 08755-8063
516797859     +Professional Orthopaedics of Toms River,    1430 Hooper Ave # 101,    Toms River, NJ 08753-2895
516797860      Raymour & Flanigan,    PO Box 130,   Liverpool, NY 13088-0130
516797861     +Renee Falivene DDS,    232 Norwood Avenue,   West Long Branch, NJ 07764-1859
516797862      Stoneberry,    PO Box 2820,   Monroe, WI 53566-8020
516929235     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                Dallas, TX 75380-0849
517052823      Total Visa,    PO Box 91510,   Sioux Falls, SD  57109-1510
516825382     +Toyota Motor Credit Corporation (See 410),    PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2017 22:59:45     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2017 22:59:40     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516797846     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 29 2017 23:06:18     Credit One Bank,
                PO Box 98875,   Las Vegas, NV 89193-8875
516797847      E-mail/Text: bnc-bluestem@quantum3group.com Dec 29 2017 23:00:37     Fingerhut,   PO Box 166,
                Newark, NJ 07101-0166
516797848     +E-mail/Text: nculp@firstffcu.com Dec 29 2017 23:00:56     First Financial FCU,   PO Box 1172,
                Toms River, NJ 08754-1172
516879469      E-mail/Text: laura@redbanklaw.com Dec 29 2017 22:59:00     First Financial Federal Credit Union,
                C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,   Red Bank, NJ 07701-0610
516797853      E-mail/Text: cio.bncmail@irs.gov Dec 29 2017 22:59:14     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
516930370      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2017 23:05:59
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516797857      E-mail/Text: ebn@barnabashealth.org Dec 29 2017 23:00:18     Monmouth Medical Center,
                PO Box 29962,   New York, NY 10087-9962
517053971     +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 29 2017 23:00:02     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
516978616      E-mail/Text: bnc-quantum@quantum3group.com Dec 29 2017 22:59:32
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
516797863      E-mail/Text: bankruptcy@td.com Dec 29 2017 22:59:48     TD Bank,   PO Box 1377,
                Lewiston, ME 04243-1377
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516867622*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,    PO BOX 62180,
                COLORADO SPRINGS CO 80962-4400)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 29, 2017
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Cheryl  Davis cerbonelawfirm@aol.com
              James J. Cerbone    on behalf of Debtor Harold  Davis cerbonelawfirm@aol.com
              Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```