**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>48144<br>MORTON & CRAIG, LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for Ford Motor Credit Company LLC,<br>servicer for CAB EAST LLC<br>JM-5630 | **Order Filed on March 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>HAROLD DAVIS<br>CHERYL DAVIS | Case No.: 17-18809 (KCF)<br>Adv. No.:<br><br>Hearing Date: 3-13-2019<br><br>Judge: Kathryn C. Ferguson |

### ORDER PERMITTING FORD MOTOR CREDIT COMPANY TO FILE AN ADMINISTRATIVE CLAIM AND DIRECTING TRUSTEE TO PAY THE CLAIM AS AN ADMINISTRATIVE PRIORITY EXPENSE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:  Harold and Cheryl Davis  /  48144

Case No:  17-18809 (KCF)

Order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense

Upon consideration of the motion of Ford Motor Credit Company LLC, servicer for CAB EAST LLC for an order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense, and good cause appearing therefore, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC, servicer for CAB EAST LLC is permitted to file an administrative claim for excess mileage, unpaid lease payments and late charges totaling $2,490.07.

2. The trustee is hereby ordered to pay the claim as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Harold Davis  
Cheryl Davis  
     Debtors

Case No. 17-18809-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 18, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.  
db/jdb         #+Harold Davis,    Cheryl Davis,    3836 Bartigon Ave,    N Port, FL 34286-7157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:

           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           James J. Cerbone     on behalf of Debtor Harold    Davis cerbonelawfirm@aol.com,  
            cerbonejr83307@notify.bestcase.com  
           James J. Cerbone     on behalf of Joint Debtor Cheryl    Davis cerbonelawfirm@aol.com,  
            cerbonejr83307@notify.bestcase.com  
           John R. Morton, Jr.     on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB  
            EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Michael R. DuPont     on behalf of Creditor    First Financial Federal Credit Union  
            dupont@redbanklaw.com,    dana@redbanklaw.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 8