Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–18809–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Harold Davis
2884 Myakka Creek Ct
Port Charlotte, FL 33953

Cheryl Davis
aka Cherul Davis, aka Cheryl Marmora–Davis
2884 Myakka Creek Ct
Port Charlotte, FL 33953

Social Security No.:
xxx–xx–1463                                                xxx–xx–7635

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 6, 2018.

On August 6, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            September 11, 2019
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 8, 2019
JAN: wdr

                                                        Jeanne Naughton
                                                        Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 17-18809-MBK
Harold Davis                                                     Chapter 13
Cheryl Davis
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 08, 2019
                              Form ID: 185             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db/jdb         +Harold Davis,    Cheryl Davis,    2884 Myakka Creek Ct,    Port Charlotte, FL 33953-4701
cr             +First Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
cr             +Ford Motor Credit Company, LLC, servicer for CAB E,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
516805602     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    Dept 55953 P.O. Box 55000,
                 Detroit, MI 48255-0953)
516797849      First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
516797850     +First Premier Bank,    PO Box 5514,    Sioux Falls, SD 57117-5514
516797851      First Savings Credit Card,    PO Box 2509,    Omaha, NE 68103-2509
516797852     +Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
518192840     +Ford Motor Credit Co. LLC, serv. for Cab East LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
518192839     +Ford Motor Credit Company LLC, serv. for Cab East,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
516797854      Mazzoni Law Firm,    1170 East Landis Avenue,    Vineland, NJ 08360-4230
516797855     +Midamerica Bank,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
516797856      Midamerica/Milestone,    PO box 4449,    Beaverton, OR 97076
516797858     +Ocean Orthopedic Associates PA,    530 Lakehurst Road, 1st floor,    Toms River, NJ 08755-8063
516797859     +Professional Orthopaedics of Toms River,    1430 Hooper Ave # 101,    Toms River, NJ 08753-2895
516797860      Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
516797861     +Renee Falivene DDS,    232 Norwood Avenue,    West Long Branch, NJ 07764-1859
516929235     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
517258642      The Center for Ortho & Sports Medicine,    PO Box 5016,    Toms River, NJ 08754-5016
517052823      Total Visa,    PO Box 91510,    Sioux Falls, SD  57109-1510
516825382     +Toyota Motor Credit Corporation (See 410),    PO Box 9013,    Addison, Texas 75001-9013
517470701      Toyota Motor Credit Corporation DBA Lexus,    Financial Services,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516797846      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 09 2019 00:06:49      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
516797847       E-mail/Text: bnc-bluestem@quantum3group.com Aug 09 2019 00:03:13      Fingerhut,   PO Box 166,
                 Newark, NJ 07101-0166
516797848      +E-mail/Text: nculp@firstffcu.com Aug 09 2019 00:03:24      First Financial FCU,   PO Box 1172,
                 Toms River, NJ 08754-1172
516879469       E-mail/Text: laura@redbanklaw.com Aug 09 2019 00:01:52      First Financial Federal Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
516797853       E-mail/Text: cio.bncmail@irs.gov Aug 09 2019 00:02:08      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516930370       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2019 00:06:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516797857       E-mail/Text: ebn@rwjbh.org Aug 09 2019 00:03:06      Monmouth Medical Center,   PO Box 29962,
                 New York, NY 10087-9962
517053971      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 09 2019 00:02:54      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
516978616       E-mail/Text: bnc-quantum@quantum3group.com Aug 09 2019 00:02:36
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
516797862       E-mail/Text: bankruptcy@sccompanies.com Aug 09 2019 00:01:38      Stoneberry,   PO Box 2820,
                 Monroe, WI 53566-8020
516797863       E-mail/Text: bankruptcy@td.com Aug 09 2019 00:02:46      TD Bank,   PO Box 1377,
                 Lewiston, ME 04243-1377
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516867622*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    PO BOX 62180,
                 COLORADO SPRINGS CO 80962-4400)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3           User: admin                Page 2 of 2                  Date Rcvd: Aug 08, 2019
                               Form ID: 185               Total Noticed: 35
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Harold   Davis cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Joint Debtor Cheryl   Davis cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Michael R. DuPont    on behalf of Creditor   First Financial Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```