Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–18809–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Harold Davis
2884 Myakka Creek Ct
Port Charlotte, FL 33953

Cheryl Davis
aka Cherul Davis, aka Cheryl Marmora–
Davis
2884 Myakka Creek Ct
Port Charlotte, FL 33953

Social Security No.:
  xxx–xx–1463                                       xxx–xx–7635

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       11/13/19
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Debtor's Attorney

COMMISSION OR FEES
fee: $1100.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 15, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18809-MBK
Harold Davis                                                            Chapter 13
Cheryl Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 15, 2019
                              Form ID: 137             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db/jdb        +Harold Davis,    Cheryl Davis,    2884 Myakka Creek Ct,    Port Charlotte, FL 33953-4701
cr            +First Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                229 Broad Street,    Red Bank, NJ 07701-2009
cr            +Ford Motor Credit Company, LLC, servicer for CAB E,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
516805602     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    Dept 55953 P.O. Box 55000,
                Detroit, MI 48255-0953)
516797849      First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
516797850     +First Premier Bank,    PO Box 5514,   Sioux Falls, SD 57117-5514
516797851      First Savings Credit Card,    PO Box 2509,    Omaha, NE 68103-2509
516797852     +Ford Credit,    PO Box 542000,   Omaha, NE 68154-8000
518192840     +Ford Motor Credit Co. LLC, serv. for Cab East LLC,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
518192839     +Ford Motor Credit Company LLC, serv. for Cab East,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
516797854      Mazzoni Law Firm,    1170 East Landis Avenue,    Vineland, NJ 08360-4230
516797855     +Midamerica Bank,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
516797856      Midamerica/Milestone,    PO box 4449,   Beaverton, OR 97076
516797858     +Ocean Orthopedic Associates PA,    530 Lakehurst Road, 1st floor,    Toms River, NJ 08755-8063
516797859     +Professional Orthopaedics of Toms River,    1430 Hooper Ave # 101,    Toms River, NJ 08753-2895
516797860      Raymour & Flanigan,    PO Box 130,   Liverpool, NY 13088-0130
516797861     +Renee Falivene DDS,    232 Norwood Avenue,    West Long Branch, NJ 07764-1859
516929235     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                Dallas, TX 75380-0849
517258642      The Center for Ortho & Sports Medicine,    PO Box 5016,    Toms River, NJ 08754-5016
517052823      Total Visa,    PO Box 91510,    Sioux Falls, SD  57109-1510
516825382     +Toyota Motor Credit Corporation (See 410),    PO Box 9013,    Addison, Texas 75001-9013
517470701      Toyota Motor Credit Corporation DBA Lexus,    Financial Services,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2019 01:26:03     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2019 01:25:59     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516797846     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 16 2019 01:30:12     Credit One Bank,
                PO Box 98875,    Las Vegas, NV 89193-8875
516797847      E-mail/Text: bnc-bluestem@quantum3group.com Oct 16 2019 01:26:43     Fingerhut,    PO Box 166,
                Newark, NJ 07101-0166
516797848     +E-mail/Text: nculp@firstffcu.com Oct 16 2019 01:26:53     First Financial FCU,    PO Box 1172,
                Toms River, NJ 08754-1172
516879469      E-mail/Text: laura@redbanklaw.com Oct 16 2019 01:24:38     First Financial Federal Credit Union,
                C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
516797853      E-mail/Text: cio.bncmail@irs.gov Oct 16 2019 01:24:58     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
516930370      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2019 01:30:12
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516797857      E-mail/Text: ebn@rwjbh.org Oct 16 2019 01:26:32     Monmouth Medical Center,    PO Box 29962,
                New York, NY 10087-9962
517053971     +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 16 2019 01:26:18     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
516978616      E-mail/Text: bnc-quantum@quantum3group.com Oct 16 2019 01:25:47
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
516797862      E-mail/Text: bankruptcy@sccompanies.com Oct 16 2019 01:24:18     Stoneberry,    PO Box 2820,
                Monroe, WI 53566-8020
516797863      E-mail/Text: bankruptcy@td.com Oct 16 2019 01:26:06     TD Bank,    PO Box 1377,
                Lewiston, ME 04243-1377
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516867622*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    PO BOX 62180,
                COLORADO SPRINGS CO 80962-4400)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Oct 15, 2019
                              Form ID: 137             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Harold   Davis cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Joint Debtor Cheryl   Davis cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Michael R. DuPont    on behalf of Creditor   First Financial Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```