UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for debtor

In Re:

HAROLD & CHERYL DAVIS

Case No.:        _18-12854

Chapter:        ___13_____

Judge:          _____MBK_____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    __Harold & Cheryl Davis_____
(Example: John Smith, creditor)

        Old address:    ___2884 Myakka Creek Ct
___    Port Charlotte, FL 33953_____
                    _____
                    _____

        New address:    _18081 Poston Ave_____
                    _Port Charlotte, FL 33948_____
                    _____

        New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _/s/Harold & Cheryl Davis_
Signature

*rev.2/1/16*