# JAMES J. CERBONE, ESQ., LLC.
## ATTORNEY AT LAW

| | | |
|---|---|---|
| **JAMES J. CERBONE, ESQ.**<br>LL.M, IN TRIAL ADVOCACY<br>MEMBER N.J. & N.Y. BAR<br><br>**BOARD CERTIFIED BUS. BANKRUPTCY LAW**<br>AMERICAN BOARD OF CERTIFICATION<br><br>**MEMBER: AMERICAN BANKRUPTCY INSTITUTE** | **2430 HIGHWAY 34**<br>**BUILDING B, SUITE 22**<br>**WALL, NEW JERSEY 08736**<br><br>WWW.CERBONELAWFIRM.COM<br>PHONE: 732-681-6800<br>FAX: 732-681-7787 | **TAMMY WHITE, ESQ.**<br>MEMBER N.J. BAR<br><br>E-MAIL:<br>CerboneLawFirm@aol.com |

December 29, 2021

Honorable Michael B Kaplan
402 East State Street
Trenton, NJ 08650

**RE: Davis, Harold & Cheryl BK#17-18809**

Dear Honorable Michael B Kaplan,

Please withdraw #77 on the docket report in reference to the above named debtors as it had the wrong case number on it.

Sincerely,

JAMES J. CERBONE, ESQ.
JJC/dr
Encl.