Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−18809−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Harold Davis
18081 Poston Ave
Port Charlotte, FL 33948

Cheryl Davis
aka Cherul Davis, aka Cheryl Marmora−Davis
18081 Poston Ave
Port Charlotte, FL 33948

Social Security No.:
xxx−xx−1463                                xxx−xx−7635

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 25, 2022
JAN: wdr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Harold Davis  
Cheryl Davis  
    Debtors

Case No. 17-18809-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: cscnodsc | Total Noticed: 36 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harold Davis, Cheryl Davis, 18081 Poston Ave, Port Charlotte, FL 33948-6018 |
| cr | + | First Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| cr | + | Ford Motor Credit Company, LLC, servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 518192840 | + | Ford Motor Credit Co. LLC, serv. for Cab East LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 518192839 | + | Ford Motor Credit Company LLC, serv. for Cab East, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 516797854 | | Mazzoni Law Firm, 1170 East Landis Avenue, Vineland, NJ 08360-4230 |
| 516797855 | + | Midamerica Bank, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 516797856 | | Midamerica/Milestone, PO box 4449, Beaverton, OR 97076 |
| 516797858 | + | Ocean Orthopedic Associates PA, 530 Lakehurst Road, 1st floor, Toms River, NJ 08755-8063 |
| 516797859 | + | Professional Orthopaedics of Toms River, 1430 Hooper Ave # 101, Toms River, NJ 08753-2895 |
| 516797860 | | Raymour & Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 516797861 | + | Renee Falivene DDS, 232 Norwood Avenue, West Long Branch, NJ 07764-1859 |
| 516929235 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517258642 | | The Center for Ortho & Sports Medicine, PO Box 5016, Toms River, NJ 08754-5016 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516797846 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2022 20:48:00 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 516797849 | | Email/Text: BNSFN@capitalsvcs.com | Apr 25 2022 20:43:00 | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 516797851 | | Email/Text: BNSFS@capitalsvcs.com | Apr 25 2022 20:43:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 516805602 | | Email/Text: EBNBKNOT@ford.com | Apr 25 2022 20:44:00 | Ford Motor Credit Company, LLC, Dept 55953 P.O. Box 55000, Detroit, MI 48255-0953 |
| 516867622 | | Email/Text: EBNBKNOT@ford.com | Apr 25 2022 20:44:00 | Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 516797847 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 25 2022 20:44:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 516797848 | + | Email/Text: nculp@firstffcu.com | Apr 25 2022 20:44:00 | First Financial FCU, PO Box 1172, Toms River, NJ 08754-1172 |
| 516879469 | | Email/Text: laura@redbanklaw.com | Apr 25 2022 20:43:00 | First Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516797850 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 25 2022 20:48:09 | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 516797852 | + | Email/Text: EBNBKNOT@ford.com | Apr 25 2022 20:44:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 516797853 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516930370 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2022 20:48:11 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516797857 | | Email/Text: ebn@rwjbh.org | Apr 25 2022 20:44:00 | Monmouth Medical Center, PO Box 29962, New York, NY 10087-9962 |
| 517053971 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2022 20:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516978616 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2022 20:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516797862 | | Email/Text: bankruptcy@sccompanies.com | Apr 25 2022 20:43:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 516797863 | | Email/Text: bankruptcy@td.com | Apr 25 2022 20:44:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 516929235 | + | Email/Text: tdebn@credbankserv.com | Apr 25 2022 20:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517052823 | | Email/Text: bknotices@totalcardinc.com | Apr 25 2022 20:44:00 | Total Visa, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 516825382 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 25 2022 20:43:00 | Toyota Motor Credit Corporation (See 410), PO Box 9013, Addison, Texas 75001-9013 |
| 517470701 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 11:25:13 | Toyota Motor Credit Corporation DBA Lexus, Financial Services, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 25, 2022 | Form ID: cscnodsc | Total Noticed: 36 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Harold Davis cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Cheryl Davis cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company  LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Michael R. DuPont | on behalf of Creditor First Financial Federal Credit Union dupont@redbanklaw.com dana@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8